AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| RICHARD HANSACK, | ) | Case No.  20mj02939 McAliley |
| LEONIDAS ARIEL SEQUEIRA-MARTINEZ and | ) | |
| CRISTIAN GUILLERMO GARCIA-LOPEZ, | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___June 3, 2020___, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, In violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(G), it is further alleged that this violation involved one-thousand (1,000) or more kilograms of a mixture and substance containing a detectable amount of marihuana. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA SA Brian M. Smith
*Printed name and title*

Attested to by the Affiant in accordance with the
requirements of Fed.R.Crim.P. 4.1 by FaceTime
this 16th day of June, 2020.

Date: 06/16/2020

*Judge's signature*

City and state:  Miami, Florida

Chris McAliley, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Brian M. Smith, being first duly sworn, do depose and states:

1. I am a Special Agent with the Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice, and I have been so employed since 1998. As such, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA Miami Field Division, where my current duties involve the investigation of a variety of federal offenses, including narcotics trafficking, and other violations of federal law. I have received training in proper investigative techniques related to narcotics trafficking and other federal offenses.

2. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against RICHARD HANSACK, LEONIDAS ARIEL SEQUEIRA-MARTINEZ and CRISTIAN GUILLERMO GARCIA- LOPEZ for knowingly and willfully conspiring to possess with intent to distribute cocaine and marihuana while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b). As such, this Affidavit does not contain the details of every aspect of this investigation. Furthermore, this Affidavit is based on my personal knowledge, as well as, information obtained from other law enforcement personnel.

3. On or about June 3, 2020, while on patrol in the Eastern Pacific Ocean, United States Coast Guard ("USCG") Cutter *CONFIDENCE* detected a go-fast vessel ("GFV") approximately 125 nautical miles south of the Costa Rica/Panama border, in international waters and upon the high seas.

1

4. USCG Cutter *CONFIDENCE*, which was in the area, diverted to intercept. *CONFIDENCE* launched its over the horizon (OTH) vessels to intercept and investigate. The GFV had two (2) outboard engines, numerous fuel barrels and bales of suspected contraband on the deck. The USCG boarding team also observed that the GFV did not display a name, registration number, flag, home port or any indicia of nationality. The GFV had three individuals on board, RICHARD HANSACK, LEONIDAS ARIEL SEQUEIRA-MARTINEZ and CRISTIAN GUILLERMO GARCIA- LOPEZ.

5. USCG District 11 granted a Statement of No Objection (SNO) for a Right of Visit (ROV) boarding. RICHARD HANSACK identified himself as the master and made a claim of Costa Rican nationality for the vessel. The United States contacted the Government of Costa Rica who responded they could neither confirm nor deny the claim of nationality. Based on the Government of Costa Rica's response, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

6. The USCG boarding team recovered approximately 1,690 kilograms of marihuana and 16 kilograms of cocaine. Field tests were conducted on the suspected contraband which yielded positive for marihuana and cocaine respectively. All three individuals, along with the 1,690 kilograms of marihuana and 16 kilograms of cocaine, were transferred to the *CONFIDENCE*.

7. On June 15, 2020, the USCG *CONFIDENCE* arrived in the Southern District of Florida with RICHARD HANSACK, LEONIDAS ARIEL SEQUEIRA-MARTINEZ and CRISTIAN GUILLERMO GARCIA-LOPEZ, on board where they first entered the United States.

8. Based on the foregoing facts, I submit that probable cause exists to believe that the defendants, RICHARD HANSACK, LEONIDAS ARIEL SEQUEIRA-MARTINEZ and CRISTIAN GUILLERMO GARCIA- LOPEZ, while on board a vessel subject to the jurisdiction of the United States, did knowingly and willfully conspire to possess with intent to distribute cocaine and marihuana, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

BRIAN M. SMITH
Special Agent
Drug Enforcement Administration

Attested to by the Affiant in accordance with the
requirements of Fed.R.Crim.P. 4.1 by FaceTime
this 16th day of June, 2020.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE