

FILED by \_\_\_YH\_\_\_ D.C.

Jul 16, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **20-20180-CR-BLOOM/LOUIS**

46 U.S.C. § 70506(b)
46 U.S.C. § 70503(a)(1)
46 U.S.C. § 70507(a)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

RICHARD HANSACK,
LEONIDAS ARIEL SEQUEIRA-MARTINEZ and
CRISTIAN GUILLERMO GARCIA-LOPEZ,

Defendants.
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1

Beginning on an unknown date and continuing through on or about June 3, 2020, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, the defendants,

**RICHARD HANSACK,
LEONIDAS ARIEL SEQUEIRA-MARTINEZ and
CRISTIAN GUILLERMO GARCIA-LOPEZ,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the United States Attorney, to possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

With respect to all defendants, the controlled substance involved in the conspiracy

attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B).

With respect to all defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is one thousand (1,000) kilograms or more of a mixture and substance containing a detectable amount of marihuana, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(G).

## COUNT 2

On or about June 3, 2020, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, the defendants,

**RICHARD HANSACK,**
**LEONIDAS ARIEL SEQUEIRA-MARTINEZ and**
**CRISTIAN GUILLERMO GARCIA-LOPEZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

Pursuant to Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(G), it is further alleged that this violation involved one thousand (1,000) kilograms or more of a mixture and substance containing a detectable amount of marihuana.

## FORFEITURE ALLEGATIONS

1. The allegations of Counts 1 and 2 of this Information are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of property in which the defendants, **RICHARD HANSACK, LEONIDAS ARIEL SEQUEIRA-MARTINEZ** and **CRISTIAN GUILLERMO GARCIA-LOPEZ**, have an interest.

2. Upon conviction of a violation of, or a conspiracy to violate, Title 46, United States Code, Section 70503, as alleged in Counts 1 and 2 of this Information, the defendants shall each forfeit to the United States any property described in Title 21, United States Code, Section 881(a) that is used or intended for use to commit, or facilitate the commission of, such violation, pursuant to Title 46, United States Code, Section 70507(a).

All pursuant to Title 46, United States Code, Section 70507(a), and the procedures set forth at Title 21, United States Code, Section 853 as made applicable by Title 28, United States Code, Section 2461(c).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
*for* YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RICHARD HANSACK, et al.,

_____Defendants._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)
- ✓ Miami
- ___ FTL
- ___ Key West
- ___ WPB
- ___ FTP

New defendant(s)          Yes ____   No ____
Number of new defendants  ____
Total number of counts    ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       ✓
   - II   6 to 10 days      ___
   - III  11 to 20 days     ___
   - IV   21 to 60 days     ___
   - V    61 days and over  ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ___
   - Felony   ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   20-mj-02939-McAliley
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of   June 3, 2020
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

_____
for YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY
FLORIDA NO. 864696

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: RICHARD HANSACK

**Case No**:

Count #: 1

Conspiracy to possess with intent to distribute cocaine and marihuana while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70506(b)

*Max. Penalty: Life Imprisonment

Count #: 2

Possession with intent to distribute cocaine and marihuana while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70503(a)(1)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: CRISTIAN GUILLERMO GARCIA-LOPEZ

**Case No**: _____

Count #: 1

Conspiracy to possess with intent to distribute cocaine and marihuana while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70506(b)

*Max. Penalty: Life Imprisonment

Count #: 2

Possession with intent to distribute cocaine and marihuana while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70503(a)(1)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: LEONIDAS ARIEL SEQUEIRA-MARTINEZ

**Case No**:

Count #: 1

Conspiracy to possess with intent to distribute cocaine and marihuana while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70506(b)

*Max. Penalty: Life Imprisonment

Count #: 2

Possession with intent to distribute cocaine and marihuana while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70503(a)(1)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

*  **Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| RICHARD HANSACK, | ) | |
| Defendant. | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 07/17/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Kathleen Elena Handlin Taylor
*Printed name of defendant's attorney*

_____
*Judge's signature*

LISETTE M. REID, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| CRISTIAN GUILLERMO GARCIA-LOPEZ, | ) | |
| | ) | |
| *Defendant.* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 07/17/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Manuel Gonzalez , Jr.
*Printed name of defendant's attorney*

_____
*Judge's signature*

LISETTE M. REID, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | |
| LEONIDAS ARIEL SEQUEIRA-MARTINEZ, ) | |
| ) | |
| *Defendant.* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 07/17/2020

_____
*Defendant's signature*

Robyn Michelle Blake
_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

LISETTE M. REID, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*