UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  20-20180-CR-BLOOM

UNITED STATES OF AMERICA
                Plaintiff,

vs.

LEONIDAS A. SEQUEIRA-MARTINEZ
                Defendant.
_____/

### DEFENDANT'S OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT

Defendant, LEONIDAS A. SEQUEIRA-MARTINEZ, by and through his undersigned counsel and pursuant to Federal Rule of Criminal Procedure 32(f), and Local Rule 88.8 for the Southern District of Florida, hereby files his objection to the Pre-Sentence Investigation Report ("PSIR") prepared by the probation office.

Defendant specifically objects to the probation office's failure to recommend a two-level mitigating role as a minor participant pursuant to Sentencing Guideline § 3B1.2(b) (*See* PSIR at ¶¶ 12, 20, 26, 57).

    **Part A.**    **The Offense: Role Assessment**

**Paragraphs 12, 20, 26, and 57**--- As to Paragraphs 12, 20, 26, and 57, Defendant objects to the probation office's failure to recommend a two-level mitigating role as a minor participant pursuant to Sentencing Guideline § 3B1.2(b).  Defendant intends to file a separate pleading to specify the grounds on which he asserts his eligibility for a minor role reduction.

**WHEREFORE**, Defendant LEONIDAS A. SEQUEIRA-MARTINEZ  requests the court to sustain the foregoing objection to the PSIR by finding that he qualifies for a two-level mitigating role as a minor participant pursuant to Sentencing Guideline § 3B1.2(b).  Based on the foregoing and after consideration of Defendant's subsequent pleading, Defendant requests the

Court to find that the applicable total offense level is 25; the Criminal History Category is I; and the sentencing range is 57 to 71 months before any further reductions stipulated-to by the parties.

        Respectfully submitted,

        _s/Robyn Blake_____
        ROBYN M. BLAKE
        Florida Bar No.: 146129
        20295 N.W. 2nd Avenue, Suite 215
        Miami, Florida 33169
        Telephone: (305) 651-5505
        Facsimile: (305) 651-5525
        ROBYN M. BLAKE, P.A.
        Attorney for Defendant
        E-mail: law@robynblake.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on July 12, 2021. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        s/Robyn Blake_____
        ROBYN M. BLAKE